## People of the State of Illinois, Defendant in Error, v. Roger E. Richardson, Plaintiff in Error.

Gen. No. 47,017.

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Simon Herr, for plaintiff in error; Benjamin S. Adamowski, State's Attorney of Cook county, for defendant in error, Gordon B. Nash, and William Sylvester White, Assistant State's Attorneys, of counsel. Opinion by JUDGE BURKE. Not to be published in full.